UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-14046-CR-GRAHAM MAGISTRATE JUDGE
LYNCH

18 U.S.C. § 1015(f)
18 U.S.C. § 911
18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

ASTRID NATALIA TORRES-PEREZ
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 27, 2003, in Martin County, in the Southern District of Florida, the defendant,

**ASTRID NATALIA TORRES-PEREZ,**

an alien, knowingly made a false statement and claim that she was a citizen of the United States, in order to vote in a Federal, State and local election, in that she falsely stated and claimed that she was a United States citizen when changing her address and party affiliation with the office of the Supervisor of Elections for Martin County.

In violation of Title 18, United States Code, Section 1015(f).

### COUNT 2

On or about August 27, 2003, in Martin County, in the Southern District of Florida, the defendant,

**ASTRID NATALIA TORRES-PEREZ,**

an alien, did falsely and willfully represent herself to be a citizen of the United States, in that she claimed she was a United States citizen when changing her address and party affiliation with the office of the Supervisor of Elections for Martin County.

In violation of Title 18, United States Code, Section 911.

## COUNT 3

On or about November 7, 2000, in Martin County, in the Southern District of Florida, the defendant,

**ASTRID NATALIA TORRES-PEREZ,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ASTRID NATALIA TORRES-PEREZ,

       Defendant.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   ___ Key West
___ FTL     ___ WPB   _X_ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect   _____

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days         _X_         Petty       ___
   II   6 to 10 days        ___         Minor       ___
   III  11 to 20 days       ___         Misdem.     ___
   IV   21 to 60 days       ___         Felony      _X_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No.               _____
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of     _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes   _X_ No
   If yes, was it pending in the Central Region?   ___ Yes   ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes   _X_ No

                                                        _____
                                                        KAREN E. ROCHLIN
                                                        ASSISTANT UNITED STATES ATTORNEY
                                                        Court ID No. A5500050

*Penalty Sheet(s) attached

REV 1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ASTRID NATALIA TORRES-PEREZ**

Case No: 04-14046-CR-GRAHAM

MAGISTRATE JUDGE LYNCH

Count #: 1

Illegal Voting Registration

Title 18, United States Code, Section 1015(f)

*Max. Penalty: 5 years' imprisonment

Count #: 2

False Representation as a U.S. Citizen

Title 18, United States Code, Section 911

*Max. Penalty: 3 years' imprisonment

Count #: 3

Election Fraud

Title 18, United States Code, Section 611

*Max. Penalty: 1 year's imprisonment

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

FEDERAL GRAND JURY INDICTMENT No. PC9491-96

No. 04-14016-CR-GRAHAM  MAGISTRATE JUDGE LYNCH

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs

ASTRID NATALIA TORRES-PEREZ

Defendant

## INDICTMENT

18 U.S.C. § 1015(f)
18 U.S.C. § 911
18 U.S.C. § 611

A true bill

_____
Foreman

FGJ 04-C1(MIA)

Filed in open court this _____ day
of _____ A.D. 2004

_____
Clerk

Bail $ _____