%AO 442   (Rev 10 03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

　　　　Southern　　　　　　　District of　　　　　　　Florida

UNITED STATES OF AMERICA

vs.

ASTRID NATALIA TORRES-PEREZ,

　　　　Defendant.

**WARRANT FOR ARREST**

Case Number: 04-14046-CR-GRAHAM

MAGISTRATE JUDGE
LYNCH

To: The United States Marshal
　　and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ASTRID NATALIA TORRES-PEREZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)

Election Fraud

in violation of   __18__   United States Code, Section(s)   __1015(f), 911 and 611__

Clarence Maddox
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ _____   by _____
　　　　　　　　　　　　　　　Name of Judicial Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

7-15-04   Miami, FL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT:            **ASTRID NATALIA TORRES-PEREZ**

$10,000 PERSONAL SURETY BOND
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
**KAREN E. ROCHLIN**
**ASSISTANT U.S. ATTORNEY**

Last Known Address: _____

_____

What Facility: _____

_____

Agent(s):       **FBI S/A PETER FEDYSZEN**
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (OTHER)