UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14046-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA

-v-

ASTRID NATALIE TORRES-PEREZ   /

Reg No: N/A
Language: ENGLISH



**ARRAIGNMENT INFORMATION SHEET**

The above named Defendant appeared before United States Magistrate Judge **FRANK J. LYNCH, JR.** on **July 16, 2004**, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**        Address:_____ON BOND PAPERS_____

**DEFENSE COUNSEL:**  Name:_____Federal Public Defender's Office_____

                     Address:_____

                     _____West Palm Beach, FL 33401_____

                     Telephone no.:___561/833-6288_____

**BOND SET/CONT'D:**  $_____10,000 Personal Surety Bond_____

Bond hearing held: YES __XX_____ NO_____ Bond hearing set for_____

Dated this 16th day of ___July_____, 2004 in Fort Pierce, Florida.

                              CLARENCE MADDOX,
                              Court Administrator•Clerk of Court

                              By:_____
                                 Deputy Clerk

c:   Courtroom Deputy, District Judge
     U.S. Attorney Office
     Defense Counsel
     Pre-Trial Services
arrninfo.sht