UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14046-CR-GRAHAM
Magistrate Judge Lynch

UNITED STATES OF AMERICA

v.

ASTRID NATALIZ TORRES-PEREZ

_____/

GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case.  This response is numbered to correspond to that order.

A.1  Written statements of the defendant are attached.

A.2 The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.

A.4 On May 7, 2000, the Stuart Police Department arrested the defendant for possession of less than 20 grams of marijuana and paraphernalia.  These charges were later amended to include a charge for possession of ecstasy, in case number 00-867-CF, in the 19th Judicial Circuit for Martin County, Florida.  The defendant was placed in a pretrial intervention program and the charges were ultimately dismissed.

On June 28, 2000, the Martin County Sheriff's Office arrested the defendant on charges of criminal mischief, in case number 01-2726-MM.  On October 3, 2002, the case was nolle pros'd.

On April 7, 2003, the Port St. Lucie Police Department arrested the defendant for retail theft in connection with case number 03-01604-MM.  On October 7, 2003, the case was nolle pros'd.

On February 23, 2004, the Port St. Lucie Police Department arrested the defendant for selling a synthetic narcotic and possession of a controlled narcotic without a prescription. This case appears to be pending sentencing.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234.  While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the undersigned to schedule a complete inspection.  Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.    The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady or Agurs other than any information already disclosed herein.

D. & E.  The United States is unaware of any witness within the scope of these paragraphs.

F.    No line-ups, show-ups, or similar identification procedures were used during this case.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

2

H.    The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b). Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.  The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J.    The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.    No contraband was seized in connection with this case.

L.    The United States is not in possession of any vehicles involved in this case.

M.    The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N.    Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.  Counsel may contact the undersigned to confer regarding stipulations.

P.    Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of

Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to ensure a fair trial.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida  33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this _27th_ day of July, 2004 on Martin J. Bidwell, AFPD, 400 Australian Avenue, Suite 300, West Palm Beach, Florida 33401.

KAREN E. ROCHLIN

OC0404

| Are you a U.S. citizen ? | YES | TORRES-PEREZ , ASTRID   NATALIA | | Official Use Only |
|---|---|---|---|---|

I am not a convicted felon or, if I am, my
rights relating to voting have been restored.   ☒

I have not been adjudicated mentally incapacitated
or, if I have, my competency has been restored.   ☒

Type:  NEW

**REG. DATE JULY 8, 1998**

| Last Name | Suffix | First Name | Middle Name | 4 | Sex |
|---|---|---|---|---|---|
| TORRES-PEREZ | | ASTRID | N ATALIA | | F |

17   Legal Residence Address   24 BROADWAY ST

City   STUART

Zip Code **34994**   FL 34984-0000   10-31-00MCW  G

17   Mailing Address   24 BROADWAY SW

City   STUART

Zip Code **34994**   FL 34984-0000

| 7 | County |
|---|---|
| | MARTIN |

| Date of Birth 01-16-80 | 9 | Race 4 | 10 | Social Security Number | 11 | Daytime Phone |
|---|---|---|---|---|---|---|

Party Affiliation
Republican Party

16

Former

Name

Per *Elector*
Reason to : IND
8-27-03   A
Voting   By ___ 9-4-03

**CANCELLED**

Oath: I do solemnly swear (or affirm) that:
- I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
- I am qualified to register as an elector under the Constitution and laws of the State of Florida.
- I am a U.S. citizen.
- I am a legal resident of Florida.
- All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

Signature or Mark   07/08/98 15:44 30553

NOTE: The fact that you registered to vote at this office will remain confidential and used for voter registration purposes only. Disclosure of your social security number is voluntary and is being requested pursuant to §. 97.052(2)(k), F.S., and is open to public inspection.

000403

Case 2:04-cr-14046-DLG   Document 13   Entered on FLSD Docket 07/28/2004   Page 7 of 34

Type: ADDRESS CHANGE /PARTY | Official Use Only #206697

Are you a U.S. YES ☒ I affirm I am not a convicted felon, or if I am, my rights citizen? relating to voting have been restored.

☒ I affirm I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my competency has been restored.

TORRES-PEREZ, ASTRID NATALIA                          REG. JULY 08, 1998

| Last Name/Suffix Hyphen | First Name | Middle Name/Initial | Date of Birth | Social Security Num. |
|---|---|---|---|---|
| TORRES-PEREZ | ASTRID | N | 01/16/1980 | 4988 |

| Address Where You Live (Legal Residence) | City/Town/Village | Zip Code | County of Legal Residence |
|---|---|---|---|
| 1130 SE LETHA CIR APT # 6 | STUART | 34994 | MARTIN |

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida. I am qualified to register as an elector under the Constitution and laws of the State of Florida. I am a U.S. citizen. I am a legal resident of Florida. All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

SIGNATURE: Sign or mark on line below. (Invalid without signature or mark.)

Date: 08/27/03 13:52

| | Address | City | Code |
|---|---|---|---|
| Mailing Address if different from above: | 1130 SE LETHA CIR APT # 6 | STU | 994 |
| Address where last registered to vote: | 1143 SE ASTERWOOD PLACE | STU | 994 |

CANCELLED
Per Elector
Reason Not a Citizen
11-20-03
By/Date ____/11-20-03

Address of homestead exemption property:

Former name if making a name change:

| FL Driver License/FL ID Number: | T621-014-80-516-0 | Day Phone Number |
|---|---|---|

Party Affiliation:    Independent Party        PARTY FROM REP 08-27-03

Sex: F

Race/Ethnicity:  4  HISPANIC

State or Country of Birth.        Colombia

Do you need voting assistance at the polls?        NO        Are you interested in being a poll worker?        NO

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

**Application for Naturalization**

Print clearly or type your answers using CAPITAL letters.  Failure to print clearly may delay your application.  Use black or blue ink.

| **Part 1.  Your Name** *(The Person Applying for Naturalization)* | Write your INS "A"- number here: |
|---|---|
| | A 0 4 3 0 2 5 5 0 5 |

A. Your current legal name.

Family Name *(Last Name)*

TORRES PEREZ

Given Name *(First Name)*

ASTRID

Full Middle Name *(If applicable)*

NATALIA

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

B. Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

TORRES PEREZ

Given Name *(First Name)*

ASTRID

Full Middle Name *(If applicable)*

NATALIA

Remarks

I551 SVK
A3 9/20/07

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?   ☐ Yes   ☑ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

Action

| **Part 2.  Information About Your Eligibility**   *(Check Only One)* |
|---|

I am at least 18 years old **AND**

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND
I have been married to and living with the same U.S. citizen for the last 3 years, AND
my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)*_____

Form N-400 (Rev. 05/31/01)N

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:

A 043025505

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☐ Male   ☑ Female

B. Height

5 Feet / Inches

C. Weight

95 Pound

D. Race

☑ White   ☐ Asian or Pacific Islander   ☐ Black   ☐ American Indian or Alaskan Native   ☐ Unknown

E. Hair color

☑ Black   ☐ Brown   ☐ Blonde   ☐ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

F. Eye color

☑ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) From | To |
|---|---|---|
| Current Home Address - Same as Part 4.A | 07, 2001 | Present |
| 24 BROADWAY St. STUART FL 34994 | 05, 2000 | 06, 2001 |
| 17 BROADWAY St. STUART FL 34994 | 05, 1998 | 04, 2000 |
| 40 BROADWAY St. STUART FL 34994 | 04, 1996 | 04, 1998 |
| | __/____ | __/____ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) From | To | Your Occupation |
|---|---|---|---|---|
| CONVERGIS | 4100 OKEECHOBEE RD FORT PIERCE FL 34997 | 12, 2001 | PRESENT | TELEMARKET REPRESENTATIVE |
| AEGIS | 1000 U.S1 Hwy PORT ST. Lucie FL 34984 | 10, 2000 | 09, 2001 | TELEMARKET REPRESENTATIVE |
| COREER KEISER insti | PORT. St. Lucie FL. 34984 | 09, 2000 | 11, 2000 | computer GRAPHICS Dept. |
| MARTIN County HIGH SCHOOl | STUART, Florida | 09, 1995 | 08, 1999 | STUDENT |
| Baby sitter for own | Supported by family | 11, 2002 | Pres't. | Baby sitter |

Form N-400 (Rev. 05/31/01)N Page 3

| **Part 8. Information About Your Marital History** *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 4 3 0 2 5 5 0 5 |

C. Is your spouse a U.S. citizen?   ☐ Yes   ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?   ☐ At Birth   ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

___ / ___ / _____

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*

A ___ ___ ___ ___ ___ ___ ___

3. Spouse's Immigration Status

☐ Lawful Permanent Resident   ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month Day Year)*

___ / ___ / _____

4. Date Marriage Ended *(Month Day Year)*

___ / ___ / _____

5. How Marriage

☐ Divorce   ☐ Spouse Died   ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)? ☐

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month Day Year)*

___ / ___ / _____

4. Date Marriage Ended *(Month Day Year)*

___ / ___ / _____

5. How Marriage Ended

☐ Divorce   ☐ Spouse Died   ☐ Other _____

**Part 10.  Additional Questions** *(Continued)*

Write your INS "A"- number here:
A O 4 3 O 2 5 5 0 5

## B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?   ☐ Yes  ☑ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper. Clone none. (P)

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?   ☐ Yes  ☑ No

   b. Any other totalitarian party?   ☐ Yes  ☑ No

   c. A terrorist organization?   ☐ Yes  ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?   ☐ Yes  ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?   ☐ Yes  ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?   ☐ Yes  ☑ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?   ☐ Yes  ☑ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?   ☐ Yes  ☑ No

## C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?   ☐ Yes  ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?   ☐ Yes  ☑ No

| **Part 10. Additional Questions *(Continued)*** | Write your INS "A"- number here: A 043 0255O 5 |
|---|---|

## E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☑ No

26. Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☑ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☑ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation? ☐ Yes ☑ No

## F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces? ☐ Yes ☑ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☑ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☑ No

32. Have you **EVER** deserted from the U.S. Armed Forces? ☐ Yes ☑ No

## G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [          ]   Selective Service Number [ __ __/__ __ __ __/__ __ __ __ ]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

## H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☑ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☑ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☑ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☑ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☑ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☑ Yes ☐ No

**Department of Justice**
Immigration and Naturalization Service

## Certificate Preparation Sheet And Oath Declaration

**A #** | A 043 025 505

**Daytime Phone #** | (772) 220-8244

NAME (If name Change, ENTER new Name):     Check BOX if there is a change of name: ⟶ ☐

ASTRID
**(FIRST)**

NATALIA
**(MIDDLE)**

TORRES PEREZ
**(LAST)**

**Date of birth:** | 01/16/1980
Month/Day/Complete Year

**(Check Sex)**     MALE: ☐
FEMALE: ☒ X

**Height:** | 5 | 1
(Feet)  (Inches)

Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): ⟶ S

**Country of Former Nationality:** | Colombia

(Enter Actual name of Country)

### Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

✗ _Astrid Natalia Torres-Perez_ / _____
**Applicant's Signature (name change)**          CFP  Date

Form N-649 (Rev. 11/1/98)

Type: ADDRESS CHANGE (PARTY)                              Official Use Only

re you a U.S. YES  ☒ I affirm I am not a convict    tion, or if I am, my rights    ☒ I affirm I    not been adjudicated mentally incapacitated
itizen?              relating to voting have been restored.                        with respe.    voting or, if I have, my competency has been
                                                                                  restored.

## TORRES-PEREZ, ASTRID NATALIA                                    REG. JULY 08, 1998

| Last Name/Suffix Hyphen | First Name | Middle Name Initial | Date of Birth | Social Security Num |
|---|---|---|---|---|
| TORRES-PEREZ | ASTRID | N | 01/16/1980 | 4988 |

| Address Where You Live (Legal Residence) | City/Town/Village | Zip Code | County of Legal Residence |
|---|---|---|---|
| 1130 SE LETHA CIR APT # 6 | STUART | 34994 | MARTIN |

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the
Constitution of the State of Florida. I am qualified to register as an elector under the Constitution and laws of the State
of Florida. I am a U.S. citizen. I am a legal resident of Florida. All information on this form is true. I understand that
if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five
years.

SIGNATURE: Sign or mark on line below. (Invalid without signature or mark.)

Date: 08/27/03 13:52

| | Address | City | County | State | Zip Code |
|---|---|---|---|---|---|
| Mailing Address if different from above: | 1130 SE LETHA CIR APT # 6 | STUART | MARTIN | FL | 34994 |
| Address where last registered to vote: | 1143 SE ASTERWOOD PLACE | STUART | MARTIN | FL | 34994 |

Address of homestead exemption property:

Former name if making a name change:                                                          Sex:  F

FL Driver License/FL ID Number.    T621-014-80-516-0          Day Phone Number:

Party Affiliation:        Independent Party      **PARTY FROM REP 08-27-03**

Race/Ethnicity:  4  HISPANIC

State or Country of Birth:        Colombia

Do you need voting assistance at the polls?    NO            Are you interested in being a poll worker?    NO

## ASTRID NATALIA TORRES-PEREZ ONLY VOTED IN NOVEMBER 2000

*Brenda Mills*

DEPUTY SUPERVISOR OF ELECTIONS

PERMANENT REGISTRATION IDENTIFICATION CARD

ASTRID NATALIA TORRES-PEREZ 206697
17 SE BROADWAY                    REP
STUART FLORIDA                    4 F

3C        07-08-98    01-16-80

*a. Natalia Torres-Perez*

*Peggy S. Robbins,* SUPERVISOR OF ELECTIONS

Date   11/21/2003
Time   9:08:02 AM

**Martin County**
**Supervisor of Elections**
**Voter Registration Receipt**

Martin County, FL

| | |
|---|---|
| Regn Number | **206697** |
| Voter Name | **Torres-Perez, Astrid N** |
| Residence | **1130 SE Letha CIR 6** |
| | **Stuart FL 34994** |
| Mailing Address | **none** |
| Voter Status | **RR(P) Request Removal** |
| Birth Date | **Jan/16/1980** |
| Sex | **F** |
| Race | **4** |
| Party | **INT** |
| Precinct | **03** |
| | **The Elks Lodge** |
| Registration Date | **Jul/08/1998** |
| Assistance Required | **N** |

*Witness my hand and official seal at Martin County, FL*
*on Nov/21/2003*

**Martin County**
Supervisor of Elections
Martin County, FL

By: _Emma C. Smith_

# VOTERS SUPPLEMENT

**Name:  ASTRID TORRES**          **A:    43 025 505**

Please answer the following questions if you have ever registered to vote
or voted for an election within the United States.

1. How old were you when you became a permanent resident of the
   United States?

   I was 11 years old. I became permanent
   resident on 8/9/91.

2. If you became a permanent resident while under the age of 16, are
   your parents United States citizens. If so, please explain.

   When I became permanent resident, my mother
   also became a permanent resident at that time. She
   became American Citizen on 12/19/01. My father lives in
   Colombia.

3. If you are married, what is the nationality of your spouse? If your
   Spouse is a United States citizen, please explain.

   I am single.

4. On what date(s) did you register to vote? I registered the first time
   n 7/8/98; I registered to Vote 8-27-03 the second time, this
   was automatically done when I renewed my drivers license. Therefore,
   I went to the court house to cancel my voters registration.

5. Where did you register to vote (include city, county, and state)? If
   more than once, please specify. At the drivers license office
   in Hobe Sound in Martin County, Florida

1

6. Have you ever voted in an election in the United States. If so, please provide the date, location of the election (city, county & state) and type of election held (federal, state, or local) for each.

| Date of Election | Location | Type of Election |
|---|---|---|
| 1. November 2000 | Martin County, Florida | Presidential. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

7. How did you obtain the voter's registration application?

I went to the drivers license office with many of my friends from school and we all registered to vote

8. Did you apply in person or through the mail?

In person

9. Why did you register to vote, or register and vote in an election within the United States when you were not a citizen?

Because some of my friends and I turned 18 years old. I believed that I needed to be 18 years old and have lived in the United States for a least 10 years. I was told I have the right to vote.

10. Did you know that it was unlawful for you to apply for a voter's registration card and to vote?

No. I didn't know it was against the law.

2

11. When did you first become aware that you were not qualified to
Register or vote in the United States?

I became aware when I went to the interview to become citizen the first time.

12. If you registered and voted because you believed that you were a
Citizen of the United States, please explain.

I registered to vote because I believed that I had the right to do so. I have been in the United States since I was 6 years old. I didn't know I needed to be a citizen.

13. If you registered and voted because you believed that you were a
Citizen of the United States, why have you applied for
naturalization?

I knew that I was not a US citizen, however I did not know that I needed to be a citizen in order to vote. I believed that I only needed to be 18 years old and have lived in the US for a least 10 years.

14. If you registered or voted because you believed you were a citizen,
when and how did you become aware that you were not in fact a
citizen?

I always knew that I was not a citizen. However, I did not know that I couldn't register to vote if I wasn't a US citizen. I believed that I could vote since I have been In the US since I was 6 years old

15. Have you ever use the voter's registration card as proof of
identification including proof of county residence to apply for real
estate homestead exemption?

No. I have never used my voter's registration Card for any proof of Id.

3

16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain. *when I went to cancel my voter's registration card, the lady at the office told me that the first time when I applied for it I marked I was a US Citiz. However, when I went with my friends to apply, they filled out the application for me. I only signed without reading it.*

17. Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit. If yes, please explain.

*No,*

18. Have you ever used the voter's registration card as proof of citizenship? If so, please explain.

*No.*

19. Have you ever been called for jury duty? If so, please, explain.

*No.*

_____   _____
**Applicant's Signature**                **Date**

4

# Voters Supplement

**Name:** _Astrid N Torres-Perez_    A _43 025 505_

Q. Have you ever registered to vote in the U.S.? ☑ **YES** ☐ **NO** **(If more than one time, furnish information for each time).**

    A. When **(date)** & Where? **(City, County, State)**

       Stuart Fl 2000

Q. Have you ever voted in an election in the U.S.? .? ☑ **YES** ☑ **NO** **(If more than one time, furnish information for each time).** Astf

    A. When **(date)** & where? **(City, County, State)** & what type of election was it? **(local, state, federal)**

       Nov 2000 Stuart presidential

Q. Why did you register or vote in an election in the U.S.? **(If you have ever believed that you were a citizen of the U.S., please provide full explanation.)**

    They asked me to. I didn't know that I couldn't vote.

Q. At what age did you become a permanent resident of the U.S? _11_

Q. If you became a permanent resident while under the age of 16, what is the citizenship of your mother: _Colombian_ & father: _Colombia_

SEP 2 2 2003

_Astrid Natalia Torres-Perez_
**SIGNATURE**                         **DATE**

**SWORN TO & SUBSCRIBED BEFORE ME THIS** _22_ **DAY OF** _Sep_ 20_03_

_Alexandra Baw_
**OFFICER**

**Supplement No.** _____

# AFFIDAVIT

A 43 025 505

I, Astrid Torres , Perez , being first duly sworn, do hereby state under oath, that:

2000    I was pulled over for tailgating someone I was following. the gave me a ticket. Then Asked if he could search my car. I seen no reason why not. so I said yes. The officer found a marijuana roach and a pill in my car. I was unaware of the drugs in my car. I share that car with my aunt and I have had many people ride in the car with me. I was arrested a few weeks later.

2002.-    I had a dispute with my boyfriend and the window broke when the front door slammed shut. He reported that I broke it. We both replaced the window the dropped the charges.

2 Astrid Natalia Torres lee
**Applicant**

Sworn to & subscribed before me this 20 day of Sept. 200 3 .

alexander Barro
**Naturalization Examiner**





BACK

**ALIEN REGISTRATION RECEIPT CARD**
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

IR2 MIA 910809 691   1282935009

A1USA043025505<01<9110<<<<<<<<
8001162F0110093<<<<<<7627D5883
TORRES<PEREZ<<ASTRID<NATALIA<<



**U.S. Department of Justice**
Immigration and Naturalization Serv.

OMB #1115-0009

Application for Naturalization

## START HERE - Please Type or Print

| FOR INS USE ONLY |
| --- |

### Part 1.  Information about you.

Family Name TORRES PEREZ   Given Name ASTRID   Middle Initial N

U.S. Mailing Address - Care of 1143 SE Astorwood Place

Street Number and Name 10 BROADWAY ST   Apt. #1

City STUART, FL   County

State FL   ZIP Code 34994

Date of Birth (month/day/year) 1-16-80   Country of Birth ITAGUI COLOMBIA

Social Security # 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   A #A043025505

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

03/14/2001 SSC*000328170 SSC*000318885

☐ Applicant Interviewed

### Part 2.  Basis for Eligibility (check one).

a.  ☑ I have been a permanent resident for at least five (5) years .

b.  ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

☐ I am a permanent resident child of United States citizen parent(s) .

☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B

☐ Other. (Please specify section of law) _____

**At interview**

☐ request naturalization ceremony at court

**Remarks**

are seen & ret ilw "/10/

### Part 3.  Additional information about you.

Date you became a permanent resident (month/day/year) 8-9-91  per (2)  Port admitted with an immigrant visa or INS Office where granted adjustment of status.

Citizenship COLOMBIA

Name on alien registration card (if different than in Part 1)

Other names used since you became a permanent resident (including maiden name)

☐ Male  ☑ Female   Height 5'0"   Marital Status: ☑ Single  ☐ Married  ☐ Divorced  ☐ Widowed

Can you speak, read and write English ?   ☐ No  ☑ Yes.

Absences from the U.S.:

Have you been absent from the U.S. since becoming a permanent resident?   ☐ No  ☐ Yes.

If you answered "Yes" , complete the following.  Begin with your most recent absence.  If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
| --- | --- | --- | --- | --- |
| 7-16-98 | 8-13-98 | ☐ Yes ☑ No | MEDELLIN COLOMBIA | VACATION |
| 12-24-93 | 1-13-94 | ☐ Yes ☑ No | MEDELLIN COLOMBIA | VACATION |
| 10-17-92 | 11-7-92 | ☐ Yes ☑ No | MEDELLIN COLOMBIA | VACATION |
|  |  | ☐ Yes ☐ No |  |  |
|  |  | ☐ Yes ☐ No |  |  |
|  |  | ☐ Yes ☐ No |  |  |

**Action**

MAR 09 2001

**To Be Completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

Form N-400 (Rev. 07/17/91)N   **Continued on back.**

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

1143 SE Artornold Pl.   8/01 To pres

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 17 BROADWAY ST. STUART FL 34994 | MAY L 00 | A 00 |
| 1442 SW. MORROW ST. PORT ST. LUCIE FL, 34984 | JUNE 2-99 | APRIL 30-00 |
| 24 BROADWAY ST. STUART FL, 34994 | 2-1-96 | JUNE 1-99 |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper. Supported by parents 3/96 TO 8/97 Student

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| EAGLE COMM. GROUP. | 10011 S. US HIGHWAY 1 PORT ST LUCIE FL 34952 | 1-10-01 | still working | TELEMARKET |
| WINN DIXIE STORES. INC | P.O.BOX 408300 ft LAUDERDALE FL TN. 37918 | 21-97 | 4-1-97 | CASHIER |
| REGAL CINEMAS INC. | 7132 Commercial PARK DRIVE | 4-7-97 | 8-7-97 | CASHIER |
| FAST FOOD ENTERPRISES | 144 VISTA ROYALE VERO BEACH FL 32962 | 8-8-97 | 12-28-97 | CASHIER |

## Part 5. Information about your marital history.

12/97 TO 1/01 Taco Bell Buyuhyp

A. Total number of times you have been married NONE. If you are now married, complete the following regarding your husband or wife.

| Family name | Given name | Middle initial |
|---|---|---|
|  |  |  |

| Address | | |
|---|---|---|

| Date of birth (month/day/year) | Country of birth | Citizenship |
|---|---|---|
| Social Security# | A# (if applicable) | Immigration status (if not a U.S. citizen) |
| Naturalization (If applicable) (month/day/year) | Place (City, State) | |

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children NONE. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A Number | Address |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Form N-400 (Rev 07/17/91)N          **Continued on next page**

*Continued on back*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "**Yes**", explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?  ☐ Yes ☑ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

    a.  The Nazi Government of Germany?  ☐ Yes ☑ No

    b.  Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?  ☐ Yes ☑ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?  ☐ Yes ☑ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes ☑ No

5. Have you ever failed to comply with Selective Service laws?  ☐ Yes ☑ No

  If you have registered under the Selective Service laws, complete the following information:

    Selective Service Number:_____ _____ Date Registered:_____

  If you registered before 1978, also provide the following:

    Local Board Number:_____ Classification:_____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?  ☐ Yes ☑ No

7. Have you ever deserted from the military, air or naval forces of the United States?  ☐ Yes ☑ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?  ☐ Yes ☑ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?  ☐ Yes ☑ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?  ☐ Yes ☑ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?  ☐ Yes ☑ No

12. Have you ever:

  **HAVE YOU EVER REGISTERED TO VOTE IN THE US?**

  **HAVE YOU EVER VOTED IN THE US?** _____

    a.  been a habitual drunkard?  ☐ Yes ☑ No

    b.  advocated or practiced polygamy?  ☐ Yes ☑ No

    c.  been a prostitute or procured anyone for prostitution?  ☐ Yes ☑ No

    d.  knowingly and for gain helped any alien to enter the U.S. illegally?  ☐ Yes ☑ No

    e.  been an illicit trafficker in narcotic drugs or marijuana?  ☐ Yes ☑ No

    f.  received income from illegal gambling?  ☐ Yes ☑ No

    g.  given false testimony for the purpose of obtaining any immigration benefit?  ☐ Yes ☑ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?  ☐ Yes ☑ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?  ☐ Yes ☑ No

15. Have you ever:

    a.  knowingly committed any crime for which you have not been arrested?  ☐ Yes ☑ No

    b.  been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  ☑ Yes ☐ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?  ☑ Yes ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)  ☑ Yes ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.?  ☑ Yes ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?  ☑ Yes ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☑ Yes ☐ No

Form N-400 (Rev 07/17/91)N

*Continued on back*

## Part 9. Memberships and organizations.

A.  List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

N/A

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?  ☐ One    ☐ Both   (Give the following about one U.S. citizen parent:)

| Family Name | Given Name | Middle Name |
|---|---|---|

Address

| Basis for citizenship: | Relationship to you (check one): | |
|---|---|---|
| ☐ Birth | ☐ natural parent | ☐ adoptive parent |
| ☐ Naturalization Cert. No. | ☐ parent of child legitimated after birth | |

If adopted or legitimated after birth, give date of adoption or, legitimation:  (month.day.year)_____

Does this parent have legal custody of you?   ☐ Yes   ☐ No

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature.  (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

**Signature**                                                                 **Date**

**Please Note:** If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature    *A. Natalia Forres-Perez*       Print Your Name _____    Date  3-7-01

Firm Name and Address

---

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through ___, that the corrections , numbered 1 through ___, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

*Astrid Forres-Perez*
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

_____ NOV 0 7 2001
(Examiner's Signature )                    Date

**Department of Justice**
Immigration and Naturalization Service

**Certificate Preparation Sheet And Oath Declaration**

**A #**  | A 043 025 505

**Daytime Phone #** | (561) 220-8244

**NAME** (If name Change, ENTER new Name):

Check BOX if there is a change of name: ⟶ [ ]

ASTRID

**(FIRST)**

**(MIDDLE)**

TORRES-PEREZ

**(LAST)**

Date of birth: | 01/16/1980

**Month/Day/Complete Year**

**(Check Sex)**  MALE: [ ]

FEMALE: [X]

Height: | 5 | 2 | Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): ⟶ [S]

(Feet) (Inches)

Country of Former Nationality: | Colombia

**(Enter Actual name of Country)**

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

NOV 0 7 2001

_Astrid Torres-Perez_

**Applicant's Signature (name change)**

**Date**

Form N-649 (Rev. 11/1/98)

# AFFIDAVIT

A 43025505

I, _A. Natalia Torres-Perez_, being first duly sworn, do hereby state under oath, that:

I was arrested on June 28, 2000 for drug possession and I was also arrested on 10/24/00 for marijuana possession. I'm currently on Pretrial Drug Intervention and treatment program. My case is pending final hearing.

Astrid Natalia

X Astrid Torres-Perez

**(SIGNATURE)**

SWORN TO & SUBSCRIBED BEFORE ME THIS __7__ DAY OF __11__, 19 _2001_

**(NATURALIZATION EXAMINER)**

# VOTERS SUPPLEMENT

Name _Astrid Torres Perez_                    A _43025505_

Date   **NOV 0 7 2001**

Q. HAVE YOU EVER REGISTERED TO VOTE IN AN
   ELECTION IN THE UNITED STATES?    _Yes_

Q. HAVE YOU EVER VOTED IN AN ELECTION IN THE
   UNITED STATES?    _yes_

IF YES,

    Q. WHEN?        _Nov 2000_

    Q. WHERE?       _Stuart FL_

    Q. WHAT TYPE OF ELECTION WAS IT?
    (city, county, state, federal)
        _Presidential_

Applicant Signature _Astrid Torres_   Officer Signature _Willi_
    _Astrid Torres Perez_

Case 2:04-cr-14046-DLG Document 13 Entered on FLSD Docket 07/28/2004 Page 34 of 34

| DATE & PLACE OF OFFENSE | NATURE OF OFFENSES-CHARGES | DISPOSITION OR OUTCOME | SENTENCE |
|---|---|---|---|
| 6/28/00 Stuart P.D. | Burglate possesm | | |
| 10/24/00 Martin Cty. Sheriff | Marijuana possession | | |
| | | | |
| | | | |
| | | | |

SUPPLEMENT NO. 1 _____

NOV 0 7 2001

_astrid Torres-Perez_
SIGNATURE

_____
DATE