UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-14046-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

　　　Plaintiff,

vs.

ASTRID NATALIA TORRES-PEREZ,

　　　Defendant.

_____/

## DEFENDANT'S DISCOVERY RESPONSE # 1

COMES NOW the Defendant, Astrid Natalia Torres-Perez, by and through her undersigned attorney, and files her Discovery Response #1 pursuant to Fed.R.Crim.P. 16(b) and section B of the Court's Standing Discovery Order:

1.　　　The defendant may offer the following items into evidence during the defendant's case-in-chief at the trial of this cause: Any and all materials provided by the government in discovery, including all items and materials seized from the defendant; Any and all materials obtained by the government during the investigation leading to the indictment in this case; driver's license of defendant.

If you wish to inspect or copy any of the above-mentioned documents, please contact the

undersigned to make arrangements at a mutually convenient time.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave., N., Ste. 300
West Palm Beach, FL 33401
Telephone: (561) 833-6288/833-0368(fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the aforementioned motion was mailed on this 15th  day of October, 2004, to Karen E. Rochlin, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

Martin J. Bidwill