# COURT MINUTES - FORT PIERCE

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

FORT PIERCE COURTHOUSE: Courtroom #108

DEFT: ASTRID N. TORRES-PEREZ (B)/ *present*  CASE NO: 04-14046-CR-GRAHAM

AUSA: Mark Johnson, *present*  ATTORNEY: AFPD Martin Bidwell, *present*

AGENT: Peter Fedyszen, FBI  VIOL: 18:911 election fraud

PROCEEDING: Change of Plea  BOND SET $10,000 PSB

DISPOSITION:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

- Deft present w/atty Martin Bidwell
- D sworn & testimony taken re: change of plea
- D pleads guilty as to Count 3 of Indictment (misdem)
- Court to issue R&R adjudging D guilty as to Cnt 3 of Indictment
- Final sentencing date set for 1/14/05 @ 3:30 p.m. before Judge Graham in FTP
- D to remain on bond
- USPO Ed Cooley, present

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 11/10/04   TIME: 9:30 A.M.   TAPE # 04-46-FJL a 3063 and 04-47 25