```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                    FORT PIERCE DIVISION
                CASE NO. 04-14046-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ASTRID NATALIA TORRES-PEREZ,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on October 29, 2004. A Report and Recommendation was filed on November 10, 2004 recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Three of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of January, 2005.

                                  DONALD L. GRAHAM
                                  UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Mark D. Johnson, AUSA
        Martin J. Bidwill, AFPD
```