```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          )
-------------------- Plaintiff,    ) Fort Pierce, Florida
                                   )
                                   )
                                   )
                                   )
    vs.                            ) Case No.
                                   ) 04-CR-14046-DLG
                                   )
                                   )
ASTRID NATALIA TORRES-PEREZ,       )
-------------------- Defendant.    ) PAGES 1 THROUGH 7
```

                    TRANSCRIPT OF SENTENCING

              BEFORE THE HONORABLE DONALD L. GRAHAM
                  UNITED STATES DISTRICT JUDGE

                   JANUARY 14, 2005, 11:10 A.M.

**ORIGINAL**

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Mr. Mark Johnson, AUSA<br>OFFICE OF U.S. ATTORNEY<br>505 S. 2nd Street<br>Suite 200<br>Fort Pierce, Florida  34950 |
| For the Defendant: | Mr. Martin Bidwill, AFPD<br>FEDERAL PUBLIC DEFENDER'S OFFICE WPB<br>400 Australian Avenue N<br>Suite 300<br>West Palm Beach, Florida  33401-5634 |
| Court Reporter: | Carly L. Horenkamp, RMR, CRR<br>U.S. District Court<br>99 N.E. 4th Street, Suite 1155<br>Miami, Florida  33132<br>(305) 523-5138 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 04-14046-CR GRAHAM

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

___

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____