

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

UNITED STATES OF AMERICA,

                    Case No. 04-14046-Cr-GRAHAM/LYNCH

          Plaintiff,

     vs.               **FORT PIERCE,** *FLORIDA*
                         NOVEMBER 10, 2004



ASTRID N. TORRES-PEREZ,

          Defendant.

---

**TRANSCRIPT OF PLEA HEARING**
**BEFORE THE HONORABLE FRANK J. LYNCH, JR.,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

                  *United States Attorney's Office*
                  **BY: MARK JOHNSON, A.U.S.A.**
                  500 S. Australian Avenue, Ste. 500
                  West Palm Beach, Florida 33301

FOR THE DEFENDANT:

                  *Federal Public Defender's Office*
                  **BY: MARTIN BIDWELL, A.F.P.D.**
                  400 Australian Avenue
                  Suite 1000
                  Fort Lauderdale, Florida 33394

REPORTED BY:          **JERALD M. MEYERS, RPR-CM**
                  **J.M. Court Reporting, Inc.**
                  **1601 N.W. 109 Terrace**
                  **Pembroke Pines, Florida 33026-2717**

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**